# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 7:22-CR-00049-DC |
| AGHORN OPERATING, INC., et al. | PUBLIC VERSION REDACTED |

### MOTION ON CONTINUANCE OF TRIAL DATE (PARTIALLY UNOPPOSED) (UNREDACTED VERSION FILED UNDER SEAL)

On April 16, 2024, the Court granted a continuance of the trial date in this case from July 1 to September 30, 2024. We write to provide additional information that we regrettably did not include in our motion for continuance, and to request a continuance from September 30 days as follows. The United States does not oppose an additional 30 day continuance (but opposes a longer one).

In our joint motion for continuance (doc. 92/93), we requested a trial in early 2025, because the government brought a superseding indictment on March 6 that expanded the charges and punishment – from a two-year violation largely to a 15-year conspiracy; with Clean Air Act violations at 15 oil leases with hundreds of wells rather than at one lease with about 30 wells; plus a notice of forfeiture. We are in the process of receiving new discovery and updated government expert reports, and – importantly – we now must investigate the new allegations from scratch and try to locate witnesses and documents from past years going back to 2009.

Our motion for continuance did identify a September 3 trial conflict in the Eastern

District of Texas, but we regrettably did not fully explain the conflicts with a late September date. *First*, before filing doc. 92/93, we had advised the September prosecutors that one counsel in that case ▇

▇

▇ We heard only on April 24 that the prosecutors do not oppose a one week delay, and we are asking the Court in Sherman to accommodate that request. Of course, we do not know if that will be granted. *Second*, the Jewish Holidays of Rosh Hashana and Yom Kippur are October 3 and 12, and lead counsel for Aghorn would celebrate those holidays if possible with family in New York and New Jersey.

Third, we wish to update the Court ▇

▇

For the reasons in document 92/93, and above, we ask the Court to grant a further continuance. The ends of justice served by a continuance outweigh the interests of the parties or the pubic in a trial on September 30, and more time is needed for defense preparation. The government does not oppose a continuance of 30 days but opposes a continuance longer than 30 days. The defense still requests trial in early 2025, due to the superseding indictment, and in the alternative for 30 days.

2

Respectfully submitted,

By: /s/Daniel Hurley
    Daniel Hurley, Bar No. 10310200
    HURLEY, GUINN, SINGH & VONGONTEN
    1805 13th Street
    Lubbock, Texas 79401
    Tel: (806) 771-0700
    Fax: (806) 763-8199
    E-mail: dwh@hurleyguinn.com

    /s/Brian Carney
    Brian Carney
    Attorney at Law
    1202 W. Texas Ave.
    Midland, TX 79701
    (432) 686-8300
    Fax: (432) 686-1949
    Email: Brian@carneylawfirm.net

    /s/Frank Sellers
    Frank Sellers
    SELLERS LAW FIRM, PC
    1612 Summit Avenue, Suite 200
    Fort Worth, TX 76102
    817-928-4222
    Fax: 817-385-6715
    Email: frank@sellerstriallaw.com

    **ATTORNEYS FOR TRENT DAY**

/s/ David Gerger
David Gerger, Texas Bar No. 07816360
dgerger@ghmfirm.com
Matt Hennessy, Texas Bar No. 00787677
mhennessy@ghmfirm.com
GERGER HENNESSY & MARTIN LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Fax

s/ Marla Thompson Poirot
Marla Thompson Poirot, Texas Bar No. 00794736
marla@poirotlaw.com
THE POIROT LAW FIRM, PLLC
PO Box 25246
Houston, Texas 77265
713.816.1660 – Telephone

**ATTORNEYS FOR AGHORN OPERATING INC.**

/s/Darrell Corzine
Darrell Corzine
KELLY MORGAN CORZINE & HANSEN, PC
P.O. Box 1311
Odessa, TX 79760
(432) 367-7271
Fax: 432/363-9121
Email: dcorzine@kmdfirm.com

**ATTORNEY FOR KODIAK ROUSTABOUT, INC.**

4

## CERTIFICATE OF CONFERENCE

The government does not oppose a continuance of 30 days but opposes a continuance longer than 30 days. The defense still requests trial in early 2025, due to the superseding indictment.

/s/ David Gerger
David Gerger

## CERTIFICATE OF SERVICE

I filed an unredacted version of this pleading under seal and emailed it to prosecutor Chris Costantini.

I filed a redacted version of this pleading in the Court's electronic filing system which sends notice to all parties.

/s/ David Gerger
David Gerger
