IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 7:22-CR-00049-DC |
| (1) AGHORN OPERATING, INC., et al. | |

### NOTICE OF AGREEMENT IN PRINCIPLE AND MOTION TO CONTINUE MARCH 10 MOTIONS HEARING

COMES NOW THE UNITED STATES, through counsel, and, on behalf of all parties, informs the Court that last night the parties reached an agreement to settle this case as to all Defendants by pleas. The agreements will ask the Court to accept agreed sentences for all defendants under Federal Rule of Criminal Procedure 11(c)(1)(C). The parties are working diligently to prepare plea documents, but they will not be finished before tomorrow's scheduled hearing.

Based on the above, the parties do not believe there is a need for a contested hearing on March 10-11, and pleas would moot the pending motions as well. Counsel for all parties are in Midland and can appear as scheduled if the Court has any questions. Otherwise, we move that the Court cancel the hearing set for tomorrow, and the parties will work to finish the plea documents in coming days and then schedule a change-of-plea hearing.

Respectfully submitted,

Adam R.F. Gustafson
ACTING ASSISTANT ATTORNEY GENERAL
ENVIRONMENT and NATURAL
RESOURCES DIVISION

By: /s/ Thomas T. Ballantine
THOMAS T. BALLANTINE
Assistant Section Chief
California Bar. 208193
Environmental Crimes Section
Environment & Natural Resources Division
4 Constitution Square
150 M Street, NE, Suite 4.204
Washington, DC 20044

By: /s/ Christopher J. Costantini
CHRISTOPHER J. COSTANTINI
Senior Trial Attorney
Pennsylvania Bar No. 64146
Environmental Crimes Section
Environment & Natural Resources Division
4 Constitution Square
150 M Street, NE, Suite 4.212
Washington, DC 20044

By: /s/ Mark T. Romley
MARK T. ROMLEY
Trial Attorney
California Bar No. 240655
Environmental Crimes Section
Environment & Natural Resources Division
999 18th Street, Suite 370, South Terrace
Denver, CO 80202

**Certificate of Service**

I certify that on March 9, 2025, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to counsel of record.

By: /s/ Thomas T. Ballantine
THOMAS T. BALLANTINE
