IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § | |
| v. | |
| (1) AGHORN OPERATING, INC., (2) TRENT DAY, AND (3) KODIAK ROUSTABOUT, INC | MO:22-CR-00049-DC |

## ORDER

The Court now considers the Government's notice of agreement in principle on behalf of all parties to settle this case to all Defendants by pleas and motion to continue the March 10, 2025 motions hearing. (ECF No. 194). The Court understands the parties are working to prepare plea documents and accompanying paperwork capturing their agreement in principle and that they will not finish before tomorrow's hearing. These pleas would moot the pending motions to be discussed at that hearing.

The Court **ORDERS** that the March 10, 2025 hearing is **CANCELLED**. It also **ORDERS** that a status conference and plea hearing is set for March 27, 2025 at 3:00 p.m. The plea deadline is accordingly reset to March 27, 2025.

It is so **ORDERED**.

**SIGNED** this 9th day of March, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE